PAUL B. MELTZER (State Bar No. 077425)
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: (831) 426-6000

Attorneys for Defendant, MICHAL JAN CLARK

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:10-CR-00851 |
| Plaintiff, | STIPULATION TO CONTINUE AND [PROPOSED] ORDER |
| vs. | |
| MICHAL JAN CLARK, | Judge: The Honorable Lucy H. Koh |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the March 30, 2011 Sentencing Hearing at 10:00 a.m. previously set forth in the matter of MICHAL JAN CLARK to April 27, 2011 at 10:00 a.m. Defense counsel has to be out of state at the time of the scheduled hearing, and is therefore unavailable. Neither the Assistant United States Attorney, Thomas O'Connoll, nor the Probation Officer, Benjamin Flores, has any objection to the continuance.

The parties agree that the time between March 30, 2011 to April 27, 2011 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public.

//
//

STIPULATION TO CONTINUE - 1

1  //
2      Therefore, it is respectfully requested that the previously set Sentencing Hearing of
3  March 30, 2011 be vacated and a Sentencing Hearing be set for April 27, 2011 at 10:00 a.m.
4  THE PARTIES SO STIPULATE.

7  Dated: March 21, 2011                UNITED STATES ATTORNEY

9                                        /S/
   THOMAS O'CONNOLL, Asst. U.S. Attorney

11 Dated: March 21, 2011                LAW OFFICES OF PAUL B. MELTZER

   PAUL B. MELTZER,
   Attorney for Defendant MICHAL JAN CLARK

1
2
3
4
5
6
7
8
9
10
11         **[~~PROPOSED~~] ORDER**
12         Good cause shown, therefore, IT IS HEREBY ORDERED that the March 30, 2011
13  Sentencing Hearing at 10:00 a.m. previously set forth in the matter of MICHAL JAN CLARK is
14  continued to April 27, 2011 at 10:00 a.m. It is further ordered that the time between March 30,
15  2011 until April 27, 2011 shall be excluded from the Speedy Trial Act requirements of Title 18,
16  United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and §
17  3161(h)(7)(B)(iv).
18         SO ORDERED.
19
20  Dated: March 22, 2011                          _____
21                                                  HON. LUCY H. KOH, DISTRICT JUDGE
                                                    UNITED STATES DISTRICT COURT
22
23
24
25
26
27
28